UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DONALD RICHARD CHILDS II,

          Plaintiff,

vs.

CAESARS PALACE CORP., et al.,

          Defendants.

Case No.  2:14-cv-01572-MMD-CWH

**ORDER**

     At the hearing held on January 27, 2015, the court stayed discovery and ordered the parties to file a joint status report within fourteen days of Judge Du's decision on the motion to dismiss (ECF No. 24), which was pending at the time of the hearing.  The court also directed the parties to request a scheduling conference, if necessary.  Judge Du entered an order (ECF No. 47) on the motion to dismiss on November 5, 2015.  To date, the parties have not filed a joint status report or requested a scheduling conference.

     In light of the fact that Plaintiff's deadline to file an amended complaint has not yet expired and that a second suggestion of bankruptcy (ECF No. 52) was filed, rather than ordering the parties to show cause why they have not complied with the court's order to submit a joint status report, the court will set a status hearing.  The parties should be prepared to discuss the case status, the impact of the second suggestion of bankruptcy, and to set a discovery plan.

     IT IS THEREFORE ORDERED that a status hearing is set for Tuesday, January 5, 2016, at 9:30 a.m in Las Vegas Courtroom 3C.

     DATED: December 1, 2015.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**