AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*        DISTRICT OF    NEVADA

DONALD RICHARD CHILDS II,

    Plaintiff,

    v.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  **2:14-cv-01572-MMD-CWH**

CAESARS PALACE CORP, et al.,

    Defendant(s).

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' motion to dismiss (ECF No. 63) is granted. Plaintiff's claims are dismissed without prejudice and without leave to amend.

September 20, 2016

**LANCE S. WILSON**
Clerk

/s/ K. Rusin
Deputy Clerk